**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/21

# BRIAN KAPLAN, PC
*Attorneys At Law*
11 Park Place - Suite 1005
New York, New York 10007
212-269-2363
(Fax) 212-269-2364

VIA E.C.F

October 4, 2021

Honorable Valerie Caproni
United States District Court
Southern District
40 Foley Square
New York, New York 10007

Re: **U.S.A. v. Michael Lillo**
20 Cr. 536 (VEC)

Dear Judge Caproni:

    The Defendant, Michael Lillo, is scheduled to appear before your Honor on October 28, 2021 for sentencing.
    I am respectfully requesting that the sentence be adjourned for approximately 45 days. Mr. Lillo's family hired a mitigation specialist. The specialist and I are still gathering letters, medical records and other documents needed to properly prepare our pre-sentence submission.
    I have communicated with A.U.S.A Jacob Fiddelman and he is not opposed to my request. Thank you for your anticipated cooperation.

Sincerely,

Brian I. Kaplan

Application GRANTED. The sentencing currently scheduled for October 28, 2021, at 10:00 a.m. is hereby ADJOURNED until **December 13, 2021, at 11:00 a.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Sentencing submissions from both sides are due not later than **November 29, 2021**.

Interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security Code: 0536#.

Per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers promptly if you or your client does not meet the requirements.

SO ORDERED.

*[Signature]*
10/4/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.