```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC #:_____
----------------------------------------------- X   DATE FILED: 11/12/21
   UNITED STATES OF AMERICA                   :
                                              :     20-CR-536 (VEC)
          -against-                           :
                                              :     ORDER
   MICHAEL LILLO,                             :
                                              :
                          Defendant.          :
----------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference is currently scheduled for Monday, November 22, 2021, at 12:30 p.m.; and

WHEREAS that time is not convenient for the Government;

IT IS HEREBY ORDERED that the November 22, 2021 status conference is ADJOURNED until **Monday, November 22, 2021, at 4:30 p.m**. in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date:  November 12, 2021  
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**