```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/17/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA                          :
                                                                              :         20-CR-536 (VEC)
              -against-                                              :
                                                                              :         ORDER
MICHAEL LILLO,                                                :
                                                                              :
                                          Defendant.       :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference is currently scheduled for Monday, November 22, 2021, at 4:30 p.m.; and

WHEREAS that time is no longer convenient for the Court;

IT IS HEREBY ORDERED that the November 22, 2021 status conference is rescheduled for **Monday, November 22, 2021, at 1:15 p.m**. in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date:  November 17, 2021**
          **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**