```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
   UNITED STATES OF AMERICA                   :
                                              :        20-CR-536 (VEC)
           -against-                          :
                                              :           ORDER
   MICHAEL LILLO,                             :
                                              :
                          Defendant.          :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/21

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 22, 2021, the parties appeared before the Court for a conference to discuss Defendant's request for substitution of counsel;

IT IS HEREBY ORDERED THAT Mr. Brian I. Kaplan is relieved as counsel for Defendant Michael Lillo.

IT IS FURTHER ORDERED THAT Mr. Kenneth J. Montgomery is appointed as CJA counsel for Mr. Lillo.

IT IS FURTHER ORDERED THAT the sentencing hearing currently scheduled for December 13, 2021, at 11:00 a.m. is ADJOURNED *sine die*.

IT IS FURTHER ORDERED THAT the parties must appear for a status conference on **January 10, 2022, at 11:30 a.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

The Clerk of Court is respectfully directed to terminate Mr. Kaplan as attorney of record for Defendant Michael Lillo and to close the open motion at Docket 73.

**SO ORDERED.**

Date: November 22, 2021
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**