USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

-against-

MICHAEL LILLO,

                           Defendant.

------------------------------------------------------------ X

20-CR-536 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference is currently scheduled for Monday, January 10, 2022, at 11:30 a.m.; and

WHEREAS in light of the spread of the Omicron variant of COVID-19 and the significant rise in the number of cases reported in New York City, the Court is exercising caution with regard to in-person proceedings;

IT IS HEREBY ORDERED that the January 10, 2022 status conference is rescheduled for **Tuesday, January 18, 2022, at 3:30 p.m**. in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date: January 3, 2022
      New York, NY

                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**