**MEMO ENDORSED**

# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103

[ken@kjmontgomerylaw.com](mailto:ken@kjmontgomerylaw.com)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/22

FEBRUARY 13, 2022

**BY ECF**
The Honorable Valerie E. Caproni (VEC)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Michael Lillo*, 20 Cr. 536 (VEC)

Dear Judge Caproni:

As per the Courts order entered on January 14, 2022, I would like to inform the court and the government that Mr. Lillo would like to proceed to sentencing. I am requesting that the court adjourn this matter for sentencing in the month of June so that I can prepare a sufficient sentencing memorandum.

Thank you for the Court's time and consideration.

Respectfully,

*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery

---

Application GRANTED.  A sentencing hearing is hereby scheduled for **Thursday, June 16, 2022, at 3:00 p.m.**  Both parties' sentencing submissions are due not later than **Thursday, June 2, 2022.**

SO ORDERED.

*[signature]* 2/14/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE