**MEMO ENDORSED**

# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/22

MAY 23, 2022

**BY ECF**
The Honorable Valerie E. Caproni (VEC)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Michael Lillo*, 20 Cr. 536 (VEC)

Dear Judge Caproni:

      This letter is to request an adjournment of the sentencing hearing fr Mr. Lillo to the first week of August. I recently was on a state homicide trial for 6 weeks and immediately started a trial in EDNY before Judge Dearie for which I am still engaged. Additionally, the mitigation report that I intend to file with my sentencing memorandum is still incomplete due to the mitigation specialist falling ill to covid. The mitigation specialist just recently was able to meet with Mr. Lillo in person at the MDC. I intend on filing my sentencing memorandum by the first week of June but will have to wait on the mitigation report.

      I have spoken to the government and they have no objection to my request. Thank you for the Court's time and consideration.

      Respectfully,

      *Kenneth J. Montgomery*
      s/
      Kenneth J. Montgomery

Application GRANTED. The sentencing hearing currently scheduled for June 16, 2022, at 3:00 p.m. is hereby ADJOURNED until **Thursday, August 4, 2022, at 3:00 p.m.** The deadline for sentencing submissions is hereby ADJOURNED from June 2, 2022, until **July 21, 2022**.
SO ORDERED.

*[signature]* 5/23/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE