MEMO ENDORSED

Case 1:20-cr-00536-VEC   Document 109   Filed 07/22/22   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/22

# KENNETH J. MONTGOMERY
## ATTORNEY AT LAW

198 ROGERS AVENUE
SUITE A
BROOKLYN, NEW YORK 11225
Email: KEN@KJMONTGOMERYLAW.COM

Tel: (718) 403-9261
Fax: (347) 402-7103

**VIA: ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        **Re**: <u>United States v. Michael Lillo</u>
        Docket 20 Cr 536

Dear Judge Caproni,

    Please be advised that Mr. Lillo is scheduled for sentencing before Your Honor on August 4, 2022. I kindly ask Your Honor to adjourn the above mentioned matter for 35 days due to a death in my client's family. I have communicated with Mr. Fiddelman, the AUSA on this case, and he consents to this request. Thank you in advance for your consideration in this matter.

        Respectfully submitted,

        */s/Kenneth Montgomery//,* Esq
        Law Office of Kenneth Montgomery
        198 Rogers Ave, Suite A
        Brooklyn, New York 11225
        Tel: 718-403-9261
        Fax: 614-455-9261
        Email: Ken@kjmontgomerylaw.com

Cc: The Hon. Valerie E. Caproni (by ECF)
Clerk of Court (VEC) (by ECF)
Jacob R. Fiddelman for the Government (by ECF)

Application GRANTED. The sentencing hearing currently scheduled for Thursday, August 4, 2022, at 3:00 p.m. is hereby ADJOURNED until Thursday, October 6, 2022, at 11:00 a.m.

SO ORDERED.

*Valerie Caproni* 7/22/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE